IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:11CV25

| | |
|---|---|
| DALE F. COOK AND TAMMY L. COOK, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | ) ORDER<br>) |
| BRAD RILEY, *et al.*, | )<br>) |
| Defendants. | )<br>) |

This matter is before the court upon its own motion. It appears from the allegations in the Complaint that venue in this case is proper in the Middle District of North Carolina.

IT IS THEREFORE ORDERED that the Clerk is directed to transfer this case to the United States District Court for the Middle District of North Carolina.

Signed: January 19, 2011

Graham C. Mullen
United States District Judge